Kimberly A. Taylor, VSB #29823
James D. Kepley, Jr., VSB #30603
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
(757) 636-9826
(804) 741-6175 (Facsimile)

Counsel for John Deere Construction
& Forestry Company

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

**In re**

**SDG CONSTRUCTION, LLC,**     Case No. 10-71207 RWK
                                Chapter 7

   **Debtor.**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Undersigned counsel hereby enters her appearance on behalf of John Deere Construction & Forestry Company and requests copies of all notices, motions and other papers in this matter to be served on her electronically or at the address below.

                              **JOHN DEERE CONSTRUCTION &
                              FORESTRY COMPANY**

                                   */s/ Kimberly A. Taylor*
                              By_____
                                   Counsel

Kimberly A. Taylor, VSB #29823
James D. Kepley, Jr., VSB #30603
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
(757) 636-9826
(804) 741-6175 (Facsimile)

Counsel for John Deere